EDWARD W. EATON, ET AL

*v.*

STATE OF ILLINOIS.

*Opinion filed December 11, 1916.*

1. INHERITANCE TAX—*failure of trust ground .for refund—when.*
Where an estate is left to a person upon a condition, the happening of
which may defeat the estate, and an inheritance tax has been paid upon
the assumption that the estate will not be defeated, an award will be
made.

2. INTEREST—*when allowed.* Where the right to a refund is estab-
lished under section 25 of the inheritance tax law, interest will be allowed.

Kerr & Kerr, for Claimants.

P. J. Lucey, Attorney General, for State.

The will of Thomas W. Eaton, deceased, probated in the Probate
Court of Cook County, created a trust estate making Olive M. Eaton
and Edward W. Eaton, trustees to manage same, to make certain pay-
ments to beneficiaries named, and on the death of the widow to divide
the remainder equally among his son and four daughters.

An inheritance tax was assessed on appraised value of $41,251.38,
with an exemption therefrom of $20,000.00, at the rate of one per cent,
making a tax of $212.51, to which was added interest of $32.94, a total of
$245.45, which was paid on December 16, 1912.

The widow, Olive M. Eaton, died on July 23, 1914, and the five
children named by the testator survived her and took the remainder of
the estate. Claim is now made for refund of the tax paid on the theory
that the trust has failed, and that the states created by the will have
now vested.

Under the provisions of section 25 of the inheritance tax law,
claimants are entitled to a refund.

It is apparent that the values of the estates inherited by the several
claimants are less than $20,000.00, and that in consequence no tax can
be imposed, so that claimants should have refunded to them the entire
amount paid, together with interest at three per cent from the date of
payment.

It is accordingly the judgment of this Court that the claimants,
Edward W. Eaton, Charlotte G. Gardner, Marian A. Wade, Jessie M.
Taylor, and Ethel B. Gassneck, be awarded the sum of $245.45, to-
gether with interest thereon at three per cent from September 16, 1912.